# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:19-cv-02749-ER |
| ) | |
| v. ) | Judge Eduardo C. Robreno |
| ) | |
| JOHN DOE, subscriber assigned IP address ) | |
| 72.94.152.113, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 72.94.152.113 are voluntarily dismissed with prejudice.

Dated: October 18, 2019   Respectfully submitted,

By: */s/ John C. Atkin*
John C. Atkin, Esq.
The Atkin Firm, LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>By: */s/ John C. Atkin*
>John C. Atkin, Esq.